CAROLINE R. GARCZYNSKI, Respondent, *v.* DORR RUSSELL, Individually and as Executor and Trustee of LUCY G. RUS-SELL, Deceased, et al., Appellants.

*Garczynski* v. *Russell,* 17 App. Div. 623, affirmed.
(Argued December 10, 1900; decided February 15, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered June 9, 1897, affirming four orders of Special Term, the first sending the cause back to the referee to complete the hearing and determination thereof, the second denying defendant's motion to set aside the report of the referee, the third denying defendant's motion to set aside the referee's second report and to vacate the order of reference, and the fourth settling and allowing the form of judgment proposed by the plaintiff.

*Jesse W. Johnson* for appellants.

*George M. Weaver* and *Arthur M. Beardsley* for respondent.

Order affirmed; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, CULLEN and WERNER, JJ. Not sitting: LANDON, J.